**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6962**

───────────

MARTINEZ ORLANDIS BLACK,

    Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:23-cv-00400-RJC)

───────────

Submitted:  January 30, 2024      Decided:  February 6, 2024

───────────

Before KING, AGEE, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Martinez Orlandis Black, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martinez Orlandis Black appeals the district court's order dismissing, without prejudice, Black's "Writ of Mandamus" as duplicative. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Black v. United States*, No. 3:23-cv-00400-RJC (W.D.N.C. Sept. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*